Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS
-------------------------------------------------------X
MARCUS MANNING,

INDEX NO. 2007 7412
DATE PURCHASED: 10-26-607

Plaintiff,

**SUMMONS**

Plaintiff designates
Dutchess County as the
place of trial.

- against -

The basis of the venue
is plaintiff 's residence.

HEATHER M. CHARTER and
PRESTIGE OF RAMSEY, INC.,

Plaintiff resides in
Poughkeepsie, New York

Defendants.
-------------------------------------------------------X

TO THE ABOVE NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to

serve a copy of your answer, or if the complaint is not served with this summons, to

serve a notice of appearance, on the plaintiff's Attorney(s) within 20 days after the

service of this summons, exclusive of the day of service (or within 30 days after the

service is complete if this summons is not personally delivered to you within the State of

New York); and in case of your failure to appear or answer, judgment will be taken

against you by default for the relief demanded in the complaint.

Dated: Poughkeepsie, New York
        October 25, 2007

2007 OCT 26 PM 2: 15
DUTCHESS COUNTY
CLERK'S OFFICE
RECEIVED

KEITH S. RINALDI, P.C.
BY: KEITH S. RINALDI
Attorneys for Plaintiff
The Rinaldi Building
10 Arlington Avenue
Poughkeepsie, NY 12603-1604
(845) 471-3000

TO:

HEATHER M. CHARTER
7924B Cottage Street
Philadelphia, PA 19136

PRESTIGE OF RAMSEY, INC.
1000 Route 17 North
Ramsey, NJ 07446

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS
-------------------------------------------------------------X
MARCUS MANNING,

INDEX NO. 2007 7412
DATE PURCHASED: 10-26-2007

                                    Plaintiff,          **SUMMONS**

                                                        Plaintiff designates
                                                        Dutchess County as the
                                                        place of trial.

        - against -                                     The basis of the venue
                                                        is plaintiff 's residence.

HEATHER M. CHARTER and                                  Plaintiff resides in
PRESTIGE OF RAMSEY, INC.,                               Poughkeepsie, New York

                                    Defendants.
-------------------------------------------------------------X

TO THE ABOVE NAMED DEFENDANTS:

        YOU ARE HEREBY SUMMONED to answer the complaint in this action and to

serve a copy of your answer, or if the complaint is not served with this summons, to

serve a notice of appearance, on the plaintiff's Attorney(s) within 20 days after the

service of this summons, exclusive of the day of service (or within 30 days after the

service is complete if this summons is not personally delivered to you within the State of

New York); and in case of your failure to appear or answer, judgment will be taken

against you by default for the relief demanded in the complaint.

Dated: Poughkeepsie, New York
        October 25 , 2007

2007 OCT 26  PM 2: 15
DUTCHESS COUNTY
CLERK'S OFFICE
RECEIVED

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS
------------------------------------------------------------------X
MARCUS MANNING,

                                    Plaintiff,

                                                    VERIFIED COMPLAINT

        - against -                                 INDEX NO: 2007-7412

HEATHER M. CHARTER and
PRESTIGE OF RAMSEY, INC.,

                                    Defendants.
------------------------------------------------------------------X

        Plaintiff, complaining of the defendants, by his attorneys, KEITH S. RINALDI,
P.C., respectfully alleges:

        1.  At all times hereinafter mentioned, the plaintiff, MARCUS MANNING, was and
is a resident of the County of Dutchess, State of New York.

        2.  Upon information and belief, at all times hereinafter mentioned, the defendant,
HEATHER M. CHARTER, was and is a resident of the State of Pennsylvania.

        3.  Upon information and belief, at all times hereinafter mentioned, the defendant
PRESTIGE OF RAMSEY, INC., was and is a domestic corporation existing in the State
of New Jersey.

        4.  At all times hereinafter mentioned, the plaintiff, MARCUS MANNING, was a
pedestrian crossing the street, on Main Street, in the City of Poughkeepsie, County of
Dutchess, State of New York.

        5.  Upon information and belief, at all times hereinafter mentioned, the defendant,
HEATHER M. CHARTER, was the operator of a certain 2007 Lexus vehicle bearing
New Jersey State license plate number  LDRC89 and operated said vehicle with the
knowledge, consent and permission of the defendant, PRESTIGE OF RAMSEY, INC.

        6.  Upon information and belief, at all times hereinafter mentioned, the defendant,
PRESTIGE OF RAMSEY, INC. was the owner of the 2007 Lexus vehicle bearing New
Jersey State license plate number LDRC89.

2007 OCT 26  PM 2:15    DUTCHESS COUNTY CLERK'S OFFICE RECEIVED

7. Upon information and belief, at all times hereinafter mentioned, Main Street, in the City of Poughkeepsie, County of Dutchess, State of New York was and is a public highway.

8. That at all times hereinafter mentioned, Main Street, in the City of Poughkeepsie, County of Dutchess, State of New York was and is the site of the accident referred to herein.

9. That on the 26th day of February, 2007, the defendants were negligent, reckless and careless in the ownership, operation and control of the aforesaid 2007 Lexus vehicle causing same to hit the plaintiff, MARCUS MANNING, a pedestrian, thereby damaging the plaintiff as hereinafter alleged.

10. That the aforesaid accident was caused solely by the negligence of the defendants without any negligence on the part of the plaintiff contributing thereto.

11. That the limited liability provisions of CPLR 1602 do not apply pursuant to one or more of the exceptions of CPLR 1602, including but not limited to: relative to any liability arising by reason of a non-delegable duty or by reason of the doctrine of respondeat superior; and/or relative to actions requiring proof of intent; and/or relative to any person held liable for his use, operation, or ownership of a motor vehicle or motorcycle; and/or relative to any person held liable for causing plaintiff's injury by having acted with reckless disregard for the safety of others; and/or relative to any person held liable by reason of the applicability of article ten of the labor law.

12. That as a result of the aforesaid accident and the negligence of the defendants, the plaintiff, MARCUS MANNING, sustained a "serious injury" as defined in Section 5102(d) of the Insurance Law of the State of New York.

13. That as a result of the aforesaid accident and the negligence of the defendants, the plaintiff, MARCUS MANNING, was rendered sick, sore, lame and disabled, and, upon information and belief, permanently so, all to his damage in an amount of excess of the jurisdictional limits of all other courts having jurisdiction of this matter.

WHEREFORE, the plaintiff, MARCUS MANNING, demands judgment against the defendants, in an amount in excess of the jurisdictional limits of all other courts having jurisdiction in this matter together with the costs and disbursements of this action, and for such other relief as the Honorable Court may deem just and proper.

Dated: Poughkeepsie, New York
       October 25, 2007

KEITH S. RINALDI, P.C.
BY: KEITH S. RINALDI
Office and P.O. Address
The Rinaldi Building
10 Arlington Avenue
Poughkeepsie, NY 12603-1604
(845) 471-3000

TO:

Heather M. Charter
7924B Cottage Street
Philadelphia, PA 19136

Prestige of Ramsey, Inc.
1000 Route 17 North
Ramsey, NJ 07446

Nov 09 07 01:34p      Keith S. Rinaldi              8454713003                    p.6





Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS
-------------------------------------------------------------------X

MARCUS MANNING,

                         Plaintiff,

      -against-

HEATHER M. CHARTER and
PRESTIGE OF RAMSEY, INC.,

                  Defendants.

-------------------------------------------------------------------X

Index No.: 7412/07

VERIFIED ANSWER
TO VERIFIED
COMPLAINT

Defendant, PRESTIGE OF RAMSEY, INC., by its attorneys, LONDON FISCHER LLP, as and for its Verified Answer to the Verified Complaint, allege, upon information and belief, as follows:

      1.   Denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs "1", "4" and "7" of the Verified Complaint.

      2.   Admits each and every allegation contained in paragraphs "2", "3", "5", "6" and "8" of the Verified Complaint.

      3.   Denies each and every allegation contained in paragraphs "9", "10" and "13" of the Verified Complaint.

      4.   Denies each and every allegation contained in paragraphs "11" and "12" of the Verified Complaint, and respectfully refers all questions of law to the Court.

AS AND FOR A FIRST, SEPARATE AND DISTINCT
AFFIRMATIVE DEFENSE, PURSUANT TO ARTICLE 14-A
OF THE NEW YORK CIVIL PRACTICE LAW AND RULES

      5.   The accident complained of was caused in whole or in part by the culpable conduct attributable to the Plaintiff, including comparative fault and/or assumption of risk.

6.   Plaintiff should be barred from recovery by reason of the fact that the subject accident was entirely the result of the culpable conduct and/or assumption of risk on the part of the Plaintiff, or, in the event that Plaintiff is entitled to recover, the amount of damages otherwise should be diminished in the proportion to which the culpable conduct and/or assumption of risk attributable to the Plaintiff bears to the culpable conduct which caused the damages.

### AS AND FOR A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

7.   Upon information and belief, any damages sustained by Plaintiff as alleged in the Verified Complaint, were caused by parties other than this defendant.

### AS AND FOR A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

8.   Any amount that may be awarded to plaintiff as against PRESTIGE OF RAMSEY, INC., must be reduced by the amount received from or indemnified by any collateral source pursuant to CPLR §4545(c).

### AS AND FOR A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

9.   In the event that any person or entity liable or claimed to be liable for the injury alleged in this action has been given or may hereafter be given a release or covenant not to sue, PRESTIGE OF RAMSEY, INC., will be entitled to protection under General Obligation Law §15-108 and the corresponding reductions of any damages which may be determined to be due against PRESTIGE OF RAMSEY, INC.

### AS AND FOR A FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

10.   This action is barred on the grounds that Plaintiff did not sustain a "serious injury," as defined in §5102 of the Insurance Law of the State of New York.

WHEREFORE, defendant, PRESTIGE OF RAMSEY, INC., pray that the Verified Complaint be dismissed as against it, together with the costs, expenses and disbursements incurred in the defense of this action.

Dated: New York, New York
   December 10, 2007

LONDON FISCHER LLP

By:   _____
       Matthew K. Finkelstein
       Attorneys for Defendant
       PRESTIGE OF RAMSEY, INC.,
       59 Maiden Lane
       New York, NY 10038
       (212) 972-1000

TO:  KEITH S. RINALDI, P.C.
    Attorney for Plaintiff
    MARCUS MANNING
    The Rinaldi Building
    10 Arlington Avenue
    Poughkeepsie, New York 12603-1604
    (845) 471-3000

K:\113\476\Pleadings\Amended Verified Answer.doc

<u>ATTORNEY'S VERIFICATION</u>

MATTHEW K. FINKELSTEIN, being an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms the following to be true under the penalties of perjury:

1.  Affirmant is a member of the law firm LONDON FISCHER LLP, attorneys for defendant, PRESTIGE OF RAMSEY, INC., in the within action, and is fully familiar with the facts and circumstances set forth herein.

2.  Affirmant has read the foregoing Verified Answer to Verified Complaint, knows the contents thereof, and the same is true to Affirmant's own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters Affirmant believes them to be true.

3.  Affirmant further states that the reason this Verified Answer is made by the undersigned and not by the defendant is because defendant neither maintains their place of business nor is present in New York County where the Affirmant maintains his office.

4.  The grounds of Affirmant's belief as to all matters not stated to be upon Affirmant's knowledge are investigative and other information contained in the file of said law firm and learned in conversation with the clients.

Dated:      New York, New York
            December 10, 2007

                                    _____
                                    MATTHEW K. FINKELSTEIN

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS
-------------------------------------------------------------X

MARCUS MANNING,

                              Plaintiff,

          -against-

HEATHER M. CHARTER and
PRESTIGE OF RAMSEY, INC.,

                              Defendants.

-------------------------------------------------------------X

Index No.:  7412/07

DEMAND PURSUANT
TO CPLR § 3017(c)

C O U N S E L :

          Defendant, PRESTIGE OF RAMSEY, INC., through its undersigned counsel,

hereby demands that within fifteen (15) days of this request, plaintiff provide a supplemental

demand setting forth the total damages to which the plaintiff deems himself entitled to recover

for personal injuries.

Dated: New York, New York
          December 10, 2007

                                        LONDON FISCHER LLP

                              By:       _____
                                        Matthew K. Finkelstein
                                        Attorneys for Defendant
                                        PRESTIGE OF RAMSEY, INC.
                                        59 Maiden Lane
                                        New York, NY 10038
                                        (212) 972-1000

TO:     KEITH S. RINALDI, P.C.
        Attorney for Plaintiff
        MARCUS MANNING
        The Rinaldi Building
        10 Arlington Avenue
        Poughkeepsie, New York 12603-1604
        (845) 471-3000

K:113/476/Pleadings/Demand Pursuant to CPLR § 3017(c)

Exhibit D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS
-------------------------------------------------------------------
MARCUS MANNING,

                      Plaintiff,

          -   Against -                   RESPONSE TO DEMAND PURSUANT TO
                                                CPLR Section 3017(c)

HEATHER M. CHARTER AND
PRESTIGE OF RAMSEY, INC.,

                        Defendants.
-------------------------------------------------------------------

        Plaintiff, responding to the Demand Pursuant to CPLR Section 3017 (c ) of defendant, PRESTIGE OF RAMSEY, INC., states as follows:

        The total damages to which the plaintiff deems himself entitled to recover for personal injuries is ONE MILLION DOLLARS.

Dated:  Poughkeepsie, New York
          January 14, 2008

                                      Yours, etc.

                                      KEITH S. RINALDI, P.C.
                                      BY:  KEITH S. RINALDI, ESQ.
                                      Attorneys for Plaintiff
                                      Office & P.O. Address
                                      10 Arlington Avenue
                                      Poughkeepsie, NY 12603
                                      (845) 471-3000

TO:
MATTHEW K. FINKELSTEIN, ESQ.
LONDON FISCHER, LLP
Attorneys for Defendant,
        PRESTIGE OF RAMSEY, INC.
59 Maiden Lane
New York, NY  10038

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF DUTCHESS )


I, the undersigned, being sworn, say:  I am not a party to the action, am over 18 years of age and reside in Newburgh, New York

On January 15, 2008, I served the within DEMAND PURSUANT TO CPLR SECTION 1017(c)

by mailing a copy to each of the following persons at the last known address set forth below:

Matthew K. Finkelstein, Esq.
London Fischer, LLP
Attorneys At Law
59 Maiden Lane
New York, NY 10038


ANN-MARIE COFFEY


Sworn to before me this
15th day of January, 2008.


Notary Public

_____ VALENTE
_____ New York
_____ County
Commission Expires:  1 31 2010

Exhibit E

## AFFIDAVIT F SERVICE THROUGH THE SECRETARY OF STATE

Index # 2007/7412                                        Purchased/Filed: October 26, 2007

STATE OF NEW YORK                  SUPREME COURT              DUTCHESS COUNTY

_Marcus Manning_                                                        Plaintiff

against

_Heather M. Charter and Prestige of Ramsey, Inc._                       Defendant

STATE OF NEW YORK
COUNTY OF ALBANY                 SS.:

_____Jessica Miller_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____January 14, 2008_____ , at __2:00 pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Verified Complaint

on

_____Heather M. Charter_____ , the

Defendant in this action, by delivering to and leaving with _____Carol Vogt_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __10__ dollars; That said service

was made pursuant to Section __253 Vehicle and Traffic Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served: Approx. Age: __43__ Approx. Wt: __118__ Approx. Ht: __5'__

Color of skin: __White__ Hair color: __Brown__ Sex: __F__ Other: _____

Sworn to before me on this

__18th__ day of _____January, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0800242

_SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179_

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS
-----------------------------------------------------------------

MARCUS MANNING,

                    Plaintiff,

      -against-

                                                     **AFFIDAVIT OF SERVICE**

HEATHER M. CHARTER and PRESTIGE OF RAMSEY, INC.,

                    Defendant.

-----------------------------------------------------------------

STATE OF NEW YORK    )
                         )SS.:
COUNTY OF DUTCHESS )

       I, the undersigned, being duly sworn, say:
       I am not a party to the action, am over the age of 18 and reside in Newburgh, New York.

       In accordance with NYS Vehicle and Traffic Law Section 253:

       On January 30, 2008, I served the Summons and Complaint in this action, via ordinary mail and on January 31, 2008, I served the Summons and Complaint in this action via Certified Mail Return Receipt Requested (a copy of the Mailing Receipt is annexed hereto) to the defendant, HEATHER M. CHARTER, at her last known address at :
       7924B Cottage Street, Philadelphia, PA, 19136.

                                        ANN-MARIE COFFEY

Sworn to before me this 31st day of
January, 2008.

_____
Notary Public
        JOSEPHINE C. VALENTE
        Notary Public, State of New York
        Qualified in Dutchess County
Commission expires: 1/3/2010

