LONDON FISCHER LLP
Attorneys for Defendant
PRESTIGE OF RAMSEY, INC.
59 Maiden Lane
New York, New York 10038
(212) 972-1000



MATTHEW K. FINKELSTEIN  (MKF - 6029)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARCUS MANNING,

                       Plaintiff,

                          Civil Case No:

          -against-                      RULE 7.1
                                     DISCLOSURE
HEATHER M. CHARTER and PRESTIGE OF
RAMSEY, INC.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate

judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Defendant, PRESTIGE OF RAMSEY, INC., certifies that the following are corporate parents,

affiliated and/or subsidiaries of PRESTIGE OF RAMSEY, INC., which are publicly held:

        NONE.

Dated: New York, New York
        February 13, 2008

                                        LONDON FISCHER LLP

                            By:  _____
                                 Matthew K. Finkelstein (MKF – 6029)
                                 Attorneys for Defendant
                                 PRESTIGE OF REMSEY, INC.
                                 59 Maiden Lane, 41st Floor
                                 New York, New York  10038
                                 (212) 972-1000

TO:    KEITH S. RINALDI, P.C.
       Attorney for Plaintiff
       MARCUS MANNING
       The Rinaldi Building
       10 Arlington Avenue
       Poughkeepsie, New York 12603-1604
       (845) 471-3000

N:\Wdox\Docs\Clients\113\0567476\N0001267.DOC

{N0001267.1}2