## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

INGRID QUAMINA, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in Brooklyn, New York.

That on the 14th day of February, 2008, deponent served the within NOTICE OF FILING OF NOTICE OF REMOVAL, CIVIL COVER SHEET, NOTICE OF REMOVAL WITH ATTACHED EXHIBITS AND RULE 7.1 DISCLOSURE upon:

TO:   Keith S. Rinaldi, P.C.
      Attorneys for Plaintiff
      MARCUS MANNING
      The Rinaldi Building
      10 Arlington Avenue
      Poughkeepsie, New York 12603-1604
      (845) 471-3000

the attorneys for the respective parties in this action, at the above addresses designated by said attorneys for that purpose, by depositing true copies of same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
INGRID QUAMINA

Sworn to before me this
14th day of February, 2008

_____
Notary Public

WENDY BLOOM-ROMAGNUOLO
Notary Public, State of New York
No. 01BL6085365
Qualified in Richmond County
Commission Expires Dec. 23, 20_0