# AFFIDAVIT F SERVICE THROUGH THE SECRETARY OF STATE

Index # 2007/7412                                               Purchased/Filed: October 26, 2007

STATE OF NEW YORK            SUPREME COURT            DUTCHESS COUNTY

*Marcus Manning*      Plaintiff

against

*Heather M. Charter and Prestige of Ramsey, Inc.*      Defendant

STATE OF NEW YORK       SS.:
COUNTY OF ALBANY

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on January 14, 2008, at 2:00 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons and Verified Complaint on

Heather M. Charter, the Defendant in this action, by delivering to and leaving with Carol Vogt, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 1 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 10 dollars; That said service was made pursuant to Section 253 Vehicle and Traffic Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 43    Approx. Wt: 118    Approx. Ht: 5'
Color of skin: White    Hair color: Brown    Sex: F    Other:

Sworn to before me on this

18th day of January, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0800242

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**